# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2013

### NO. 03-12-00065-CV

**Juan Enriquez, Appellant**

**v.**

**Christina Melton Crain, former Chair of the Texas Board of Criminal Justice, in her Official Capacity; Brad Livingston, Executive Director of the Texas Department of Criminal Justice, in his Offical Capacity; Nathaniel Quarterman, former Director of the Texas Department of Criminal Justice, in his Official Capacity; and John Rupert, former Warden of the Texas Department of Criminal Justice's Michael Unit, in his Official Capacity, Appellees**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED ON MOTION FOR REHEARING --
OPINION BY CHIEF JUSTICE JONES**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's order: **IT IS THEREFORE** considered, adjudged and ordered that the opinion and judgment dated May 7, 2013, are withdrawn; and that the trial court's order is in all things affirmed. It is **FURTHER** ordered that, it appearing that the appellant is indigent and unable to pay costs, no adjudication as to costs is made, and that this decision be certified below for observance.